FILED' 08 MAY 22 10:52 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JAMES CARR,

      Plaintiff,

  v.           Civil No. 07-1181-TC

COMMISSIONER, SOCIAL SECURITY
  ADMINISTRATION
       Defendant.

## JUDGMENT

  Pursuant to Sentence Four of 42 USC 405(g), the decision of Defendant Commissioner is reversed and remanded for further proceedings.

Dated: May 21, 2008.

_____
United States Magistrate Judge

**JUDGMENT**